EDMUND G. BROWN JR., Attorney General of the State of California
RICHARD ROJO, Supervising Deputy Attorney General
MARK V. SANTA ROMANA, (State Bar No. 163815) Deputy Attorney General
300 S. Spring Street
Los Angeles, CA 90013-1230
Telephone: (213) 897-2118
Facsimile: (213) 897-2810
Attorneys for Defendant DR. JOSE de CASTRO

FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD McCOWAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD S. ALAMEIDA, JR.; E. ROE; DE CASTRO; FITTER, B. DELIBERTO, and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No. CV 02-07659 GAF (PJW)<br><br>[PROPOSED] JUDGMENT<br><br>Priority ___<br>Send ___<br>Enter ___<br>Closed ___<br>JS-5/JS-6 ___<br>JS-2/JS-3 ___<br>Scan Only ___ |

Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1)(ii), Plaintiff GERALD McCOWAN and Defendant JOSE de CASTRO, by and through their attorneys of record herein, having stipulated to have this action dismissed, with prejudice;

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, with prejudice, and the parties pay their own costs and attorneys fees arising from this action.

DATED: 2/26/08

By: _____
United States District Court
Magistrate Judge Patrick J. Walsh

1
[Proposed] Judgment

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I declare:

I am employed in the County of Los Angeles, California. I am 18 years of age or older and not a party to the within entitled cause; my business address is 300 S. Spring Street, Los Angeles, California 90013.

On February 19, 2008, I served the attached **NOTICE OF LODGING; [PROPOSED] JUDGMENT**

on the interested parties in this action as follows and by the method listed below:

Charles H. Abbott
GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071

__X__ **(BY Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California. I am readily familiar with the practice of the Office of the Attorney General for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service on the same day, with postage fully prepaid, in the ordinary course of business.

_____ **(By UPS)** I am readily familiar with the practice of the Office of the Attorney General for the collection and processing of correspondence for next day delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by UPS for overnight delivery.

_____ **(By Facsimile)** I caused to be transmitted the document(s) described herein via the fax number(s) listed above.

_____ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of the court at whose direction the service was made.

Executed on February 19, 2008, at Los Angeles, California.

/S/ H. Tennison